

## Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00109-CV

Robin **BROWN**,
Appellant

v.

Terry **FASELER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04701
Honorable Dick Alcala, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  September 5, 2018

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due July 2, 2018. We granted appellant an extension until

August 1, 2018, to file her brief; however, neither the brief nor a motion for extension of time were

filed. Therefore, on August 10, 2018, we ordered appellant to file, on or before August 27, 2018,

the brief and a written response reasonably explaining (1) her failure to timely file the brief and

(2) why appellee was not significantly injured by appellant's failure to timely file a brief. We

warned that if appellant failed to file a brief and the written response by the date ordered, we would

dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant failed to respond to our order. Therefore, we dismiss this appeal for want of prosecution. *See id.*

PER CURIAM